IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

Charles Hicks #246241 ) 2007 FEB 16 A 9:40
Full name and prison number )
of plaintiff(s) ) DEBRA P. HACKETT, CLK
 ) U.S. DISTRICT COURT
v. ) MIDDLE DISTRICT ALA.
 ) CIVIL ACTION NO. 2:07-CV-141-WHA
ALA. Dept. Of Corrections ) (To be supplied by Clerk of
Commissioner Richard Allen et, ) U.S. District Court)
al., Warden John Cummings )
Captain Herold Burton )
Classifications Ms. Debra Martin )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I. PREVIOUS LAWSUITS
  A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES (✓)  NO ( )

  B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES (✓)  NO ( )

  C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff(s) Charles Hicks #246241

      Defendant(s) ALA. Dept. Of Corrections, Commissioner Richard Allen, et, al. The Prison Health Services.

   2. Court (if federal court, name the district; if state court, name the county) Middle District Court, Alabama, Montgomery County.

3. Docket number 2:06-CV-990-MEF

4. Name of judge to whom case was assigned Judge Charles Coody, Jr.

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) It is still pending.

6. Approximate date of filing lawsuit Oct of 2006.

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Frank Lee Youth Center P.O Box 220410, Deatsville, AL 36022

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Frank Lee Youth Center, P.O Box 220410, Deatsville, AL 36022

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | ALA. Dept. of Corrections | 301 South Ripley St. Montgomery |
| 2. | Commissioner Richard Allen | 301 South Ripley St. Montgomery |
| 3. | Warden John Cummings | P.O Box 220410, Deatsville, AL 36022 |
| 4. | Captain Herold Burton | P.O Box 220410, Deatsville, AL 36022 |
| 5. | Classifications Ms. Debra Martin | P.O Box 220410, Deatsville, AL 36022 |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED From November of 2006 too present time.

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Classifications Ms. Debra Martin is treating me with cruel and unusual punishment about my six months annunl review and for holding me here at Frank Lee after I have graduated from SAP program in December of 2006.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I have been here At Frank Lee ever since June of 2006. Ms. Martin told me that my six months Review was in Nov. of 2006. I have not recieved no letter to when my review will be. She has been lowdown too me About my Review and is still holding me here at Frank Lee for no Reason at all.

GROUND TWO: NA

SUPPORTING FACTS: NA

GROUND THREE: NA

SUPPORTING FACTS: NA

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

To make sure Ms. Martin do her job and give me my Annul review or Remove her from her job and too see justice prevail.

_Charles Hicks #246241_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _Feb 14th, 2007_.
(Date)

_Charles Hicks #246241_
Signature of plaintiff(s)

4

Charles Hicks #246241
Frank Lee Youth Center
P.O. Box 220410
Deatsville, Al 36022
Dorm/Bed #20 A

Office of The Clerk
United States District Court
Attn: Clerk Office
P.O. Box 711
Montgomery, Al 36101-0711

THIS CORRESPONDENCE IS FORWARDED
FROM AN ALABAMA STATE PRISON. THE
CONTENTS HAVE NOT BEEN EVALUATED
AND THE ALA. DEPT. OF CORRECTIONS IS
NOT RESPONSIBLE FOR THE SUBSTANCE
OR CONTENTS HEREIN.

POSTAGE DUE

FIRST-CLASS